# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CII PARENT, INC.,<br><br>      Debtor.[1] | Chapter 11<br><br>Case No. 22-11345 (LSS)<br><br>**Hearing Date:**<br>To be determined.<br>**Objection Deadline:**<br>To be determined. |

## NOTICE OF DEBTOR'S MOTION FOR ENTRY OF AN ORDER EXTENDING THE TIME TO FILE (A) SCHEDULES OF ASSETS AND LIABILITIES AND (B) STATEMENTS OF INCOME AND FINANCIAL AFFAIRS

    PLEASE TAKE NOTICE that today, the above-captioned debtor and debtor in possession (the "Debtor") filed the *Debtor's Motion for Entry of an Order Extending the Time to File (A) Schedules of Assets and Liabilities and (B) Statements of Income and Financial Affairs* (the "Motion").

    PLEASE TAKE FURTHER NOTICE that objections, if any, to the Motion must (a) be in writing; (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **a date to be determined** (the "Objection Deadline"); and (c) be served so as to be received on or before the Objection Deadline by (i) counsel to the Debtor, Morris, Nichols, Arsht & Tunnell LLP, 1201 N. Market Street, 16th Floor, Wilmington, Delaware 19899, Attn: Robert J. Dehney (rdehney@morrisnichols.com), Daniel Butz (dbutz@morrisnichols.com), and Brian Loughnane (bloughnane@morrisnichols.com); and (ii) the Office of the United States Trustee for the District of Delaware, 844 N. King Street, Wilmington, Delaware 19801, Attn: Linda Richenderfer (linda.richendefer@usdoj.gov).

    PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will take place on **a date to be determined** before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge.

    PLEASE TAKE FURTHER NOTICE that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

---

[1]  The last four digits of Debtor CII Parent, Inc.'s tax identification number are 4706. The location of the Debtor's service address for purposes of this chapter 11 case is 21 Custom House Street, Boston, Massachusetts 02110.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 11, 2023
Wilmington, Delaware

*/s/ Brian Loughnane*
Robert J. Dehney (No. 3578)
Daniel Butz (No. 4227)
Brian Loughnane (No. 6853)
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com
      dbutz@morrisnichols.com
      bloughnane@morrisnichols.com

- and -

Andrew K. Glenn (*pro hac vice* motion pending)
Kurt Mayr (*pro hac vice* motion pending)
Shai Schmidt (*pro hac vice* motion pending)
Agustina G. Berro (*pro hac vice* motion pending)
Richard Ramirez (*pro hac vice* motion pending)
Naznen Rahman (*pro hac vice* motion pending)
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email: aglenn@glennagre.com
      kmayr@glennagre.com
      sschmidt@glennagre.com
      aberro@glennagre.com
      rramirez@glennagre.com
      nrahman@glennagre.com

*Proposed Counsel to the Debtor and Debtor in Possession*