**<u>Exhibit A</u>**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CII PARENT, INC., | Case No. 22-11345 (LSS) |
| Debtor.[1] | |

**ORDER EXTENDING THE TIME TO FILE (A) SCHEDULES OF ASSETS AND LIABILITIES AND (B) STATEMENTS OF INCOME AND FINANCIAL AFFAIRS**

Upon the Motion[2] of the above-captioned debtor and debtor in possession (the "Debtor"), for entry of this Order pursuant to Bankruptcy Code sections 105(a) and 521, Bankruptcy Rules 1007 and 2002, and Local Rules 1007-1 and 1007-2, extending the deadline by which the Debtor must file its Statements, Schedules and SOFAs as further described in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated as of February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding in accordance with 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion being adequate and appropriate under the particular circumstances; and upon the record of any hearing being held to consider the relief requested in the Motion; and upon all proceedings had before this Court; and this Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor's estate, its

---

[1] The last four digits of Debtor CII Parent, Inc.'s tax identification number are 4706. The location of the Debtor's service address for purposes of this chapter 11 case is 21 Custom House Street, Boston, Massachusetts 02110.

[2] All capitalized terms not otherwise defined herein are to be given the meanings ascribed to them in the Motion.

creditors, and other parties in interest and that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED:

1. The Motion is granted to the extent provided herein.

2. The time within which the Debtor must file its Statements, Schedules and SOFAs is extended through and including February 8, 2023, without prejudice to the Debtor's right to seek further extensions of such periods upon a showing of cause therefore.

3. Notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of Bankruptcy Rules and the Local Rules are satisfied by such notice.

4. All time periods referenced in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

5. The Debtor is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

6. This Court shall retain jurisdiction with respect to any and all matters arising from or related to the interpretation or implementation of this Order.