# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CII PARENT, INC., | Case No. 22-11345 (LSS) |
| Debtor.[1] | |

**PLEASE TAKE NOTICE** that on December 27, 2022, the above-captioned debtor and debtor-in-possession (the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.* with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedures and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Code for the District of Delaware, the Debtor hereby files the list of equity security holders, which is attached hereto as **Exhibit A**.

Dated: January 10, 2023
      Wilmington, Delaware

                                    */s/ Brian Loughnane*
                                    Robert J. Dehney (No. 3578)
                                    Daniel Butz (No. 4227)
                                    Brian Loughnane (No. 6853)
                                    **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
                                    1201 North Market Street, 16th Floor
                                    P.O. Box 1347
                                    Wilmington, Delaware 19899-1347
                                    Telephone: (302) 658-9200
                                    Facsimile: (302) 658-3989
                                    Email: rdehney@morrisnichols.com
                                                  dbutz@morrisnichols.com
                                                  bloughnane@morrisnichols.com
                                    - and -

                                    Andrew K. Glenn (*pro hac vice* motion pending)
                                    Kurt Mayr (*pro hac vice* motion pending)
                                    Shai Schmidt (*pro hac vice* motion pending)
                                    Agustina G. Berro (*pro hac vice* motion pending)
                                    Richard Ramirez (*pro hac vice* motion pending)

---

[1] The last four digits of Debtor CII Parent, Inc.'s tax identification number are 4706. The location of the Debtor's service address for purposes of this chapter 11 case is 21 Custom House Street, Boston, Massachusetts 02110.

Naznen Rahman (*pro hac vice* motion pending)
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email: aglenn@glennagre.com
kmayr@glennagre.com
sschmidt@glennagre.com
aberro@glennagre.com
rramirez@glennagre.com
nrahman@glennagre.com

*Proposed Counsel For Debtor and Debtor in Possession*

**Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CII PARENT, INC., | Case No. 22-11345 (LSS) |
| Debtor.[1] | |

## LIST OF EQUITY SECURITY HOLDERS

Pursuant to Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure and Rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware, the above-captioned debtor and debtor-in-possession (the "**Debtor**") hereby state as follows:

- CII Intermediate, Inc. wholly owns 100% of the common stock of the Debtor. There are no other classes of stock in the Debtor's equity. CII Intermediate, Inc. has a mailing address at 21 Custom House Street, 10th Floor, Boston, Massachusetts 02116.

---

[1] The last four digits of Debtor CII Parent, Inc.'s tax identification number are 4706. The location of the Debtor's service address for purposes of this chapter 11 case is 21 Custom House Street, Boston, Massachusetts 02110.

**Fill in this information to identify the case and this filing:**

Debtor Name  CII Parent, Inc.

United States Bankruptcy Court for the: _____ District of  Delaware
(State)

Case number (*If known*):  22-11345

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☑ Other document that requires a declaration   List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01/10/2023
MM / DD / YYYY

✗ _____
Signature of individual signing on behalf of debtor

Thomas Radford
Printed name

President
Position or relationship to debtor

---

Official Form 202            **Declaration Under Penalty of Perjury for Non-Individual Debtors**