**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CII PARENT, INC., | Case No. 22-11345 (LSS) |
| Debtor.[1] | |

**CERTIFICATION OF COUNSEL REGARDING OMNIBUS HEARING DATE**

The undersigned hereby certifies as follows:

1. In response to the inquiries of the undersigned proposed counsel to the above-captioned debtor and debtor in possession (the "Debtor"), an omnibus hearing has been scheduled for February 9, 2023, at 2:00 p.m. (Eastern Time) before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge.

2. Attached hereto is a proposed form of Order (the "Omnibus Hearing Order") that states with specificity the date and time of the omnibus hearing.

WHEREFORE, the Debtor hereby respectfully requests that the Court enter the Omnibus Hearing Order attached hereto at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

---

[1] The last four digits of Debtor CII Parent, Inc.'s tax identification number are 4706. The location of the Debtor's service address for purposes of this chapter 11 case is 21 Custom House Street, Boston, Massachusetts 02110.

Dated: January 12, 2023
      Wilmington, Delaware

/s/ Brian Loughnane
Robert J. Dehney (No. 3578)
Daniel Butz (No. 4227)
Brian Loughnane (No. 6853)
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com
      dbutz@morrisnichols.com
      bloughnane@morrisnichols.com

- and -

Andrew K. Glenn (*pro hac vice* motion pending)
Kurt Mayr (*pro hac vice* motion pending)
Shai Schmidt (*pro hac vice* motion pending)
Agustina G. Berro (*pro hac vice* motion pending)
Richard Ramirez (*pro hac vice* motion pending)
Naznen Rahman (*pro hac vice* motion pending)
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email: aglenn@glennagre.com
      kmayr@glennagre.com
      sschmidt@glennagre.com
      aberro@glennagre.com
      rramirez@glennagre.com
      nrahman@glennagre.com

*Proposed Counsel to the Debtor and Debtor in Possession*