# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CII PARENT, INC.,[1] <br><br> Debtor. | Chapter 11 <br><br> Case No. 22-11345 (LSS) |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the attorneys listed below enter their appearances as counsel to Twin Brook Capital Partners, LLC, as Agent ("Twin Brook"), pursuant to sections 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code"), and Rules 2002, 3017, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and request that all notices given or required to be given in the above-captioned chapter 11 case (the "Chapter 11 Case"), and all papers served or required to be served in the Chapter 11 Case, be given and served upon:

| | |
|---|---|
| **KATTEN MUCHIN ROSENMAN LLP** <br> Peter P. Knight, Esq. <br> Terence G. Banich, Esq. <br> Allison E. Yager, Esq. <br> 525 West Monroe Street <br> Chicago, IL 60661 <br> Telephone:  (312) 902-5200 <br> Email:  peter.knight@katten.com <br>         terence.banich@katten.com <br>         allison.yager@katten.com | **YOUNG CONAWAY STARGATT & TAYLOR, LLP** <br> James P. Hughes, Jr., Esq. <br> Michael R. Nestor, Esq. <br> Kara Hammond Coyle, Esq. <br> James M. Yoch, Jr., Esq. <br> Rodney Square <br> 1000 North King Street <br> Wilmington, DE 19801 <br> Telephone:  (302) 571-6600 <br> **CM/ECF Noticing**: bankfilings@ycst.com <br> Email: jhughes@ycst.com <br>        mnestor@ycst.com <br>        kcoyle@ycst.com <br>        jyoch@ycst.com |

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: CII Parent, Inc. (4706).  The location of the Debtor's address is 21 Custom House Street, Boston, MA 02110.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any applications, motions, petitions, pleadings, complaints, demands, disclosure statements, or plans of liquidation or reorganization transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telecopier, or otherwise, which affects the above-captioned debtor and debtor in possession, Twin Brook, or the property of either of the foregoing.

**PLEASE TAKE FURTHER NOTICE** that neither this *Notice of Appearance and Request for Service of Notices and Papers* (this "Notice") nor any later appearance, pleading, proof of claim, claim, or suit shall constitute a waiver of: (i) the right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgement consistent with Article III of the United States Constitution; (ii) the right to have final orders in non-core matters entered only after de novo review by a District Judge; (iii) the right to trial by jury in any proceeding triable in this case or any case, controversy, or proceeding related to this case; (iv) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (v) any objection to the jurisdiction of this Bankruptcy Court for any purpose other than with respect to this Notice; (vi) any election of remedy; or (vii) any other rights, claims, actions, defenses, setoffs, or recoupments, as appropriate, in law or in equity, under any agreements, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

[*Signature Page Follows*]

| | |
|---|---|
| Date: January 13, 2023<br>Wilmington, Delaware | **YOUNG CONAWAY STARGATT & TAYLOR, LLP**<br><br>*/s/ Kara Hammond Coyle*<br>James P. Hughes, Jr. (No. 3102)<br>Michael R. Nestor (No. 3526)<br>Kara Hammond Coyle (No. 4410)<br>James M. Yoch, Jr. (No. 5251)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 571-6600<br>Email: jhughes@ycst.com<br>            mnestor@ycst.com<br>            kcoyle@ycst.com<br>            jyoch@ycst.com<br><br>-and-<br><br>**KATTEN MUCHIN ROSENMAN LLP**<br>Peter P. Knight (*pro hac vice* admission pending)<br>Terence G. Banich (*pro hac vice* admission pending)<br>Allison E. Yager (*pro hac vice* admission pending)<br>525 West Monroe Street<br>Chicago, IL 60661<br>Telephone: (312) 902-5200<br>Email: peter.knight@katten.com<br>            terence.banich@katten.com<br>            allison.yager@katten.com<br><br>*Counsel for Twin Brook Capital Partners, LLC, as Agent* |