# CERTIFICATE OF SERVICE

I, Brian Loughnane, hereby certify that I am not less than 18 years of age, and that service of the foregoing was caused to be made on January 13, 2023, in the manner indicated on counsel below.

Date: January 13, 2023

>   */s/ Brian Loughnane*
>   Brian Loughnane (No. 6853)

*VIA EMAIL*

**KATTEN MUNCHIN ROSENMAN LLP**
Peter P. Knight
Terence G. Banich
Allison E. Yager
525 W. Monroe Street
Chicago, IL 60661-3693
T: 312-902-5200
F: 312-902-1061
Email: Peter.Knight@katten.com
    Terence.Banich@katten.com
    Allison.Yager@katten.com

**OFFICE OF THE UNITED STATES TRUSTEE**

Linda Richenderfer, Esq.
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
302-573-6491
302-573-6497 (fax)
Linda.Richenderfer@usdoj.gov

**YOUNG CONAWAY STARGATT & TAYLOR LLP**
James P. Hughes
Michael R. Nestor
Kara Hammond Coyle
James M. Yoch
1000 North King Street
Wilmington, DE 19801
T: 302-571-6600
Email: jhughes@ycst.com
    mnestor@ycst.com
    kcoyle@ycst.com
    jhughes@ycst.com

*Counsel to Twin Brook Capital Partners, LLC*