**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CII PARENT INC., | Case No. 22-11345 (LSS) |
| Debtor. | |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Kurt Mayr of Glenn Agre Bergman & Fuentes LLP, to represent the Debtor in the above-captioned case.

Dated: January 18, 2022

/s/ *Brian Loughnane*
Brian Loughnane (No. 6853)
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 N. Market Street, 16th Floor
P.O. Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Email: bloughnane@morrisnichols.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of New York, the Bar of the State of Connecticut, the United States Court of Appeals for the First and Fifth Circuits, the United States District Court for the Southern District of New York, the Eastern District of New York, and the District of Connecticut and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the *Standing Order for District Court Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

Dated: January 18, 2022

/s/ *Kurt Mayr*
Kurt Mayr
GLENN AGRE BERGMAN & FUENTES LLP
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email: kmayr@glennagre.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *pro hac vice* is granted.

**Dated: January 18th, 2023**
**Wilmington, Delaware**

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**