# **EXHIBIT A**

Proposed Order

30051930.2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CII PARENT, INC.,[1]<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No. 22-11345 (LSS)<br><br>**Docket Ref. No.** |

**ORDER (I) SCHEDULING A STATUS CONFERENCE AND (II) SHORTENING THE NOTICE PERIOD FOR MOTION OF TWIN BROOK CAPITAL PARTNERS, LLC, AS AGENT, FOR AN ORDER DISMISSING OR ABSTAINING FROM HEARING THE DEBTOR'S CHAPTER 11 CASE**

Upon the motion (the "Motion to Shorten")[2] of Twin Brook Capital Partners, LLC, in its capacity as agent (the "Agent") for the lenders under the prepetition secured credit facility provided to the above-captioned Debtor's subsidiaries, for entry of an order (this "Order"), scheduling a status conference at the earliest convenience of the Court and shortening the notice period with respect to the Motion to Dismiss; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and this Court having found that proper and adequate notice of the Motion to Shorten and the hearing thereon having been given; and this Court having found that no other or further notice being necessary; and this Court having found that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and this Court having determined that the

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: CII Parent, Inc. (4706).  The location of the Debtor's address is 21 Custom House Street, Boston, MA 02110.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion to Dismiss.

30051930.2

relief sought in the Motion to Shorten is in the best interests of the Debtor, its estate, its creditors, and other parties in interest; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that:

1. The Motion to Shorten is granted to the extent set forth herein.

2. A status conference shall be held on _____, 2023 at _____.

3. The hearing to consider approval of the Motion to Dismiss will be held on February 9, 2023 at 2:00 p.m. (ET).

4. Any response or objection to the Motion to Dismiss must be filed and served on the Agent no later than 4:00 p.m. (ET) on February 3, 2023.

5. The Agent is authorized to take all actions necessary to effectuate the relief granted in this Order.

6. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.