# CERTIFICATE OF SERVICE

I, Kara Hammond Coyle, hereby certify that I am not less than 18 years of age, and that service of the foregoing *Motion of Twin Brook Capital Partners, LLC, as Agent, For Entry of an Order (I) Scheduling a Status Conference; and (II) Shortening the Notice Period for Motion of Twin Brook Capital Partners, LLC, as Agent, For an Order Dismissing or Abstaining From Hearing the Debtor's Chapter 11 Case* was caused to be made on January 20, 2023, via electronic mail on counsel listed below.

Dated: January 20, 2023              */s/ Kara Hammond Coyle*
                                      Kara Hammond Coyle

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Robert J. Dehney, Esq.
Daniel Butz, Esq.
Brian Loughnane, Esq.
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899
Email:  rdehney@morrisnichols.com
        dbutz@morrisnichols.com
        bloughnane@morrisnichols.com

**OFFICE OF THE UNITED STATES TRUSTEE**
Linda Richenderfer, Esq.
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Email: Linda.Richenderfer@usdoj.gov

**GLENN AGRE BERGMAN & FUENTES LLP**
Andrew K. Glenn, Esq.
Kurt Mayr, Esq.
Shai Schmidt, Esq.
Agustina G. Berro, Esq.
Richard Ramirez, Esq.
Naznen Rahman, Esq.
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Email:  aglenn@glennagre.com
        kmayr@glennagre.com
        sschmidt@glennagre.com
        aberro@glennagre.com
        rramirez@glennagre.com
        nrahman@glennagre.com