# EXHIBIT A

# DEPOSITION TOPICS

In accordance with Federal Rule of Civil Procedure 30(b)(6), the Debtor designates the matters identified below for examination.

1. The Forbearance Agreement, including any extension of the Forbearance Agreement.

2. The Proxy Notice, including but not limited to (a) the decision to exercise any alleged proxy or proxies under the Collateral Agreement; (b) all steps taken to comply with the relevant law concerning the exercise of any alleged proxy or proxies under the Collateral Agreement; and (c) any prior or contemporaneous notice that accompanied the alleged exercise of a proxy via the Proxy Notice.

3. The Replacement Directors, including but not limited to (a) the professional background of each Replacement Director, (b) any relationship or direct or indirect connection between Twin Brook and each Replacement Director, and (c) any payments, compensation, salaries, or other forms of consideration that are or may be payable to the Replacement Directors.

4. Twin Brook's communications with any individuals that Twin Brook solicited to appoint as Replacement Directors.

5. Twin Brook's communications with any member of Frontsteps' management team.

6. Twin Brook's communications with the Applicable Subsidiaries.

## DEFINITIONS

Capitalized terms used but not defined herein shall have the meanings given such terms in the Motion to Enforce (as defined below).

Except as otherwise expressly indicated, as used in this Notice, the following terms shall have the following meanings:

1. "Applicable Subsidiaries" means Investors Acquisition Co., AssociationVoice LLC, CapSure Acquisition Co., Real Pro Holdings, Inc., dwellingLIVE, Inc., iHomefinder Inc., AtHomeNet, Inc., and Community Investors, Inc., and their respective current or former affiliates, agents, representatives, directors, officers, operators, employees, advisors, professionals, persons or entities working on the Applicable Subsidiaries' behalf, and persons or entities acting under the Applicable Subsidiaries' direction, supervision, or control.

2. "Collateral Agreement" means the Guarantee and Collateral Agreement, dated May 15, 2019, by and among Community Investors, Inc. and the other parties from time to time party thereto as Grantors and Twin Brook Capital Partners, LLC as Agent.

3. "Credit Agreement" means the Credit Agreement, dated May 15, 2019, by and among CII Parent, Inc. as Holdings, Community Investors, Inc. as Borrower and Borrower Representative, Investors Acquisition Co., AssociationVoice LLC, CapSure Acquisition Co., Real Pro Holdings, Inc., dwellingLIVE, Inc., iHomefinder Inc., AtHomeNet, Inc., as Borrowers, the lenders party thereto, and Twin Brook Capital Partners, LLC as Agent, Lead Arranger and Bookrunner.

4. "Forbearance Agreement" means the Forbearance Agreement and Sixth Amendment to the Credit Agreement, dated July 27, 2022, by and among Community Investors, Inc., as Borrower and Borrower Representative, the other Borrowers and Loan Parties thereto,

Twin Brook Capital Partners, LLC as Agent for all Lenders party to the Credit Agreement, and the Lenders party thereto.

5. "Frontsteps" means the Debtor and its affiliates, including the Applicable Subsidiaries.

6. "Motion to Enforce" shall mean the *Motion for Entry of an Order Enforcing the Automatic Stay and Granting Related Relief* [Docket No. 12].

7. "Proxy Notice" means the letter, dated December 21, 2022, pursuant to which Twin Brook notified Frontsteps that Twin Brook had exercised its purported proxy rights under the Collateral Agreement.

8. "Replacement Director" or "Replacement Directors" means the replacement directors appointed by Twin Brook for the Applicable Subsidiaries.