# **CERTIFICATE OF SERVICE**

       I, Daniel B. Butz, hereby certify that I am not less than 18 years of age, and that service of the foregoing was caused to be made on January 20, 2023, via CM/ECF upon those parties registered to receive such electronic notifications and in the manner indicated on the parties listed below.

Date: January 20, 2023

                                                                */s/ Daniel B. Butz*
                                                                Daniel B. Butz (No. 4227)

*VIA EMAIL*

**KATTEN MUNCHIN ROSENMAN LLP**
Peter P. Knight
Daniel Entsminger
Allison E. Yager
525 W. Monroe Street
Chicago, IL 60661-3693
T: 312-902-5200
F: 312-902-1061
Email: Peter.Knight@katten.com
        Daniel.Entsminger@katten.com
        Allison.Yager@katten.com

*Co-Counsel to Twin Brook Capital Partners, LLC*

*VIA HAND DELIVERY*

**YOUNG CONAWAY STARGATT & TAYLOR LLP**
James P. Hughes
Michael R. Nestor
Kara Hammond Coyle
James M. Yoch
1000 North King Street
Wilmington, DE 19801
T: 302-571-6600
Email: jhughes@ycst.com
        mnestor@ycst.com
        kcoyle@ycst.com
        jhughes@ycst.com

*Co-Counsel to Twin Brook Capital Partners, LLC*