# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>CII PARENT INC.,<br><br>Debtor.[1] | )<br>)<br>) Chapter 11<br>)<br>) Case No. 22-11345 (LSS)<br>)<br>) |

## DEBTOR'S NOTICE OF DEPOSITION OF DREW GUYETTE

**PLEASE TAKE NOTICE** that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, as made applicable to this chapter 11 proceeding pursuant to Rule 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, and in connection with its *Motion for Entry of an Order Enforcing the Automatic Stay and Granting Related Relief* [Docket No. 12], the above-captioned debtor and debtor in possession (the "Debtor"), by its attorneys Glenn Agre Bergman & Fuentes LLP, will take the deposition upon oral examination of Drew Guyette regarding all information known or reasonably available to Mr. Guyette.

The deposition will commence on February 3, 2023 at 9:30 a.m. (E.T.), at the offices of Glenn Agre Bergman & Fuentes LLP, 1185 Avenue of the Americas, 22nd Floor, New York, New York 10036, or at another date, time, or location otherwise agreed to by the parties. The deposition will be taken before a notary public or other officer authorized by law to administer oaths, and will be recorded by audio, visual, or stenographic means. This deposition may be taken using a secure web-based deposition platform, by video teleconferencing services, and/or telephonically, with all parties, including the court reporter, in separate locations, as permitted by Rule 30(b)(4) of the Federal Rules of Civil Procedure.

---

[1]  The last four digits of Debtor CII Parent, Inc.'s tax identification number are 4706. The location of the Debtor's service address for purposes of this chapter 11 case is 21 Custom House Street, Boston, Massachusetts 02110.

Dated: January 20, 2023
      Wilmington, Delaware

/s/ *Robert J. Dehney*
Robert J. Dehney (No. 3578)
Daniel Butz (No. 4227)
Brian Loughnane (No. 6853)
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com
      dbutz@morrisnichols.com
      bloughnane@morrisnichols.com

- and -

Andrew K. Glenn (admitted *pro hac vice*)
Kurt Mayr (admitted *pro hac vice*)
Shai Schmidt (admitted *pro hac vice*)
Agustina G. Berro (admitted *pro hac vice*)
Richard Ramirez (admitted *pro hac vice*)
Naznen Rahman (admitted *pro hac vice*)
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email: aglenn@glennagre.com
      kmayr@glennagre.com
      sschmidt@glennagre.com
      aberro@glennagre.com
      rramirez@glennagre.com
      nrahman@glennagre.com

*Proposed Counsel For Debtor and Debtor in Possession*