# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CII PARENT, INC., | Case No. 22-11345 (LSS) |
| Debtor.[1] | |

## NOTICE OF SERVICE OF DEBTOR'S FIRST SET OF REQUESTS
## FOR PRODUCTION OF DOCUMENTS TO TWIN BROOK

PLEASE TAKE NOTICE that, on January 20, 2023, the undersigned counsel caused a copy of the *First Set of Requests for Production of Documents to Twin Brook* to be served upon the parties listed and in the manner indicated on **Exhibit A**.

Dated: January 20, 2023
      Wilmington, Delaware

*/s/ Daniel B. Butz*
Robert J. Dehney (No. 3578)
Daniel B. Butz (No. 4227)
Brian Loughnane (No. 6853)
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com
       dbutz@morrisnichols.com
       bloughnane@morrisnichols.com

- and -

Andrew K. Glenn (*pro hac vice*)
Kurt Mayr (*pro hac vice*)

---

[1] The last four digits of Debtor CII Parent, Inc.'s tax identification number are 4706. The location of the Debtor's service address for purposes of this chapter 11 case is 21 Custom House Street, Boston, Massachusetts 02110.

Shai Schmidt (*pro hac vice*)
Agustina G. Berro (*pro hac vice*)
Richard Ramirez (*pro hac vice*)
Naznen Rahman (*pro hac vice*)
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email: aglenn@glennagre.com
       kmayr@glennagre.com
       sschmidt@glennagre.com
       aberro@glennagre.com
       rramirez@glennagre.com
       nrahman@glennagre.com

*Proposed Counsel to the Debtor and Debtor in Possession*