# Exhibit A

*VIA EMAIL*

**KATTEN MUNCHIN ROSENMAN LLP**
Peter P. Knight
Terence G. Banich
Allison E. Yager
525 W. Monroe Street
Chicago, IL 60661-3693
T: 312-902-5200
F: 312-902-1061
Email: Peter.Knight@katten.com
　　　　Terence.Banich@katten.com
　　　　Allison.Yager@katten.com

*Co-Counsel to Twin Brook Capital Partners, LLC*

*VIA HAND DELIVERY*

**YOUNG CONAWAY STARGATT & TAYLOR LLP**
James P. Hughes
Michael R. Nestor
Kara Hammond Coyle
James M. Yoch
1000 North King Street
Wilmington, DE 19801
T: 302-571-6600
Email: jhughes@ycst.com
　　　　mnestor@ycst.com
　　　　kcoyle@ycst.com
　　　　jhughes@ycst.com

*Co-Counsel to Twin Brook Capital Partners, LLC*