**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CII PARENT, INC., | Case No. 22-11345 (LSS) |
| Debtor.[1] | |

## CERTIFICATION OF COUNSEL REGARDING OMNIBUS HEARING DATE

The undersigned hereby certifies as follows:

1.      In response to the inquiries of the undersigned proposed counsel to the above-captioned debtor and debtor in possession (the "Debtor"), an omnibus hearing has been scheduled for February 22, 2023, at 11:00 a.m. (Eastern Time) before the Honorable Laurie Selber Silverstein, United States Bankruptcy Judge.

2.      Attached hereto is a proposed form of Order (the "Omnibus Hearing Order") that states with specificity the date and time of the omnibus hearing.

WHEREFORE, the Debtor hereby respectfully requests that the Court enter the Omnibus Hearing Order attached hereto at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

---

[1]      The last four digits of Debtor CII Parent, Inc.'s tax identification number are 4706. The location of the Debtor's service address for purposes of this chapter 11 case is 21 Custom House Street, Boston, Massachusetts 02110.

Dated: January 26, 2023
     Wilmington, Delaware

          */s/ Brian Loughnane*
          Robert J. Dehney (No. 3578)
          Daniel Butz (No. 4227)
          Brian Loughnane (No. 6853)
          **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
          1201 North Market Street, 16th Floor
          P.O. Box 1347
          Wilmington, Delaware 19899-1347
          Telephone: (302) 658-9200
          Facsimile: (302) 658-3989
          Email: rdehney@morrisnichols.com
                dbutz@morrisnichols.com
                bloughnane@morrisnichols.com

          - and -

          Andrew K. Glenn (*pro hac vice* motion pending)
          Kurt Mayr (*pro hac vice* motion pending)
          Shai Schmidt (*pro hac vice* motion pending)
          Agustina G. Berro (*pro hac vice* motion pending)
          Richard Ramirez (*pro hac vice* motion pending)
          Naznen Rahman (*pro hac vice* motion pending)
          **GLENN AGRE BERGMAN & FUENTES LLP**
          1185 Avenue of the Americas
          22nd Floor
          New York, New York 10036
          Telephone: (212) 970-1600
          Email: aglenn@glennagre.com
                kmayr@glennagre.com
                sschmidt@glennagre.com
                aberro@glennagre.com
                rramirez@glennagre.com
                nrahman@glennagre.com

          *Proposed Counsel to the Debtor and Debtor in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CII PARENT, INC., | Case No. 22-11345 (LSS) |
| Debtor.[1] | |

**OMNIBUS HEARING ORDER**

**IT IS HEREBY ORDERED** that an omnibus hearing has been scheduled in the above-captioned case for the following date and time:

| DATE | TIME |
|---|---|
| February 22, 2023 | 11:00 a.m. (ET) |

---

[1]     The last four digits of Debtor CII Parent, Inc.'s tax identification number are 4706.  The location of the Debtor's service address for purposes of this chapter 11 case is 21 Custom House Street, Boston, Massachusetts 02110.