IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CII PARENT, INC.,<br><br>　　　　　Debtor. | ) Chapter 11<br>)<br>) Case No. 22-11345 (LSS)<br>)<br>) **Hearing Date**:<br>) **February 22, 2023 at 11:00 a.m. (ET)**<br>) **Objection Deadline:**<br>) **February 9, 2023 at 4:00 p.m. (ET)** |

**NOTICE OF APPLICATION OF DEBTOR CII PARENT, INC. FOR AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF GLENN AGRE BERGMAN & FUENTES LLP AS COUNSEL *NUNC PRO TUNC* TO THE PETITION DATE**

**PLEASE TAKE NOTICE** that on the date hereof, CII Parent, Inc. (the "Debtor"), the debtor in the above-captioned Chapter 11 case, submitted the *Application of Debtor CII Parent, Inc. for an Order Authorizing the Retention and Employment of Glenn Agre Bergman & Fuentes LLP as Counsel* Nunc Pro Tunc *to the Petition Date* (the "Application").[1]

**PLEASE TAKE FURTHER NOTICE** that any responses or objections to the Application, if any, must be made in writing and filed with the Court on or before February 9, 2023 at 4:00 p.m. (ET) (the "Objection Deadline") and shall be served on: (a) the undersigned proposed co-counsel to the Debtor; (b) the Office of the United States Trustee, 844 King Street, Suite 2207, Wilmington, DE 19801 (Attn: Linda Richenderfer, Esq.); and (c) any party that has requested notice pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that if an objection is filed and served by the Objection Deadline, a hearing will be held to consider the Application before the Honorable Laurie

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Application.

Selber Silverstein, United States Bankruptcy Judge for the District of Delaware on February 22, 2023 at 11:00 a.m. (ET).

**PLEASE TAKE FURTHER NOTICE** that if no objections to the Application are timely filed in accordance with this notice, the Court may grant the relief requested in the Application without further notice or hearing.

Dated: January 26, 2023
       Wilmington, Delaware

/s/ Brian Loughnane
Robert J. Dehney (No. 3578)
Daniel Butz (No. 4227)
Brian Loughnane (No. 6853)
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com
      dbutz@morrisnichols.com
      bloughnane@morrisnichols.com

- and -

Andrew K. Glenn (*pro hac vice* motion pending)
Kurt Mayr (*pro hac vice* motion pending)
Shai Schmidt (*pro hac vice* motion pending)
Agustina G. Berro (*pro hac vice* motion pending)
Richard Ramirez (*pro hac vice* motion pending)
Naznen Rahman (*pro hac vice* motion pending)
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email: aglenn@glennagre.com
      kmayr@glennagre.com
      sschmidt@glennagre.com
      aberro@glennagre.com
      rramirez@glennagre.com
      nrahman@glennagre.com

*Proposed Counsel For Debtor and Debtor in Possession*