# **CERTIFICATE OF SERVICE**

I, Brian Loughnane, hereby certify that I am not less than 18 years of age, and that service of the foregoing was caused to be made on January 26, 2023, in the manner indicated on counsel below.

Date: January 26, 2023

/s/ *Brian Loughnane*
Brian Loughnane (No. 6853)

*VIA EMAIL*

| **KATTEN MUNCHIN ROSENMAN LLP** | **OFFICE OF THE UNITED STATES TRUSTEE** |
|---|---|
| Peter P. Knight | |
| Terence G. Banich | |
| Allison E. Yager | Linda Richenderfer, Esq. |
| 525 W. Monroe Street | United States Department of Justice |
| Chicago, IL 60661-3693 | Office of the United States Trustee |
| T: 312-902-5200 | J. Caleb Boggs Federal Building |
| F: 312-902-1061 | 844 King Street, Suite 2207, Lockbox 35 |
| Email: Peter.Knight@katten.com | Wilmington, DE 19801 |
| Terence.Banich@katten.com | 302-573-6491 |
| Allison.Yager@katten.com | 302-573-6497 (fax) |
| | Linda.Richenderfer@usdoj.gov |

**YOUNG CONAWAY STARGATT & TAYLOR LLP**
James P. Hughes
Michael R. Nestor
Kara Hammond Coyle
James M. Yoch
1000 North King Street
Wilmington, DE 19801
T: 302-571-6600
Email: jhughes@ycst.com
 mnestor@ycst.com
 kcoyle@ycst.com
 jhughes@ycst.com

*Counsel to Twin Brook Capital Partners, LLC*