IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- x
                                  :
In re:                                  :       Chapter 11
                                  :
CII PARENT INC.,                 :       Case No. 22-11345 (LSS)
                                  :
        Debtor.[1]                      :
                                  :
------------------------------------------------------- x

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF NOTICES AND PAPERS

PLEASE TAKE NOTICE that the attorneys set forth below hereby appear on behalf of Frontsteps (f/k/a Community Investors Inc.) ("**Frontsteps**") and demand, pursuant to rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") and sections 1109(b) and 342 of Title 11 of the United States Code (the "**Bankruptcy Code**"), that all notices given in the above-captioned case and all papers served or required to be served in the above-captioned case be given to and served upon the undersigned counsel at the addresses set forth below:

| | |
|---|---|
| Douglas R. Gooding | Daniel J. DeFranceschi (No. 2732) |
| John F. Ventola | John H. Knight (No. 3848) |
| M. Hampton Foushee | Matthew P. Milana (No. 6681) |
| CHOATE, HALL & STEWART LLP | RICHARDS, LAYTON & FINGER, P.A. |
| Two International Place | One Rodney Square |
| Boston, MA 02110 | 920 North King Street |
| Telephone: (617) 248-5000 | Wilmington, Delaware 19801 |
| Facsimile: (617) 248-4000 | Telephone:  (302) 651-7700 |
| Email:  dgooding@choate.com | Facsimile:  (302) 651-7701 |
|        jventola@choate.com | Email: defranceschi@rlf.com |
|        hfoushee@choate.com |        knight@rlf.com |
| |        milana@rlf.com |

---

[1]     The last four digits of Debtor CII Parent, Inc.'s tax identification number are 4706. The location of the Debtor's service address for purposes of this chapter 11 case is 21 Custom House Street, Boston, Massachusetts 02110.

RLF1 28494089v.1

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise.

PLEASE TAKE FURTHER NOTICE that this appearance and demand for notice is neither intended as nor is it a consent of Frontsteps to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) Frontsteps' right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) Frontsteps' right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) Frontsteps' right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which Frontsteps is or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments Frontsteps expressly reserves.

Dated: January 27, 2023
    Wilmington, Delaware

*/s/ Daniel J. DeFranceschi*
Daniel J. DeFranceschi (No. 2732)
John H. Knight (No. 3848)
Matthew P. Milana (No. 6681)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: defranceschi@rlf.com
    knight@rlf.com
    milana@rlf.com

-and-

Douglas R. Gooding
John F. Ventola
M. Hampton Foushee
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
Facsimile: (617) 248-4000
Email: jventola@choate.com
    dgooding@choate.com
    hfoushee@choate.com

*Counsel to Frontsteps (f/k/a Community Investors Inc.)*