# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------- x
:
In re:                                          :    Chapter 11
:
CII PARENT INC.,                                :    Case No. 22-11345 (LSS)
:
              Debtor.[1]           :
:
---------------------------------------------------- x

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Douglas R. Gooding of Choate, Hall & Stewart LLP, to represent Frontsteps (f/k/a Community Investors Inc.) in the above-captioned case and in any related adversary proceedings.

Dated: January 27, 2023
       Wilmington, Delaware

                                                  */s/ Daniel J. DeFranceschi*
                                                  Daniel J. DeFranceschi (No. 2732)
                                                  RICHARDS, LAYTON & FINGER, P.A.
                                                  One Rodney Square
                                                  920 North King Street
                                                  Wilmington, Delaware 19801
                                                  Telephone: (302) 651-7700
                                                  Facsimile: (302) 651-7701
                                                  Email:defranceschi@rlf.com

---

[1] The last four digits of Debtor CII Parent, Inc.'s tax identification number are 4706. The location of the Debtor's service address for purposes of this chapter 11 case is 21 Custom House Street, Boston, Massachusetts 02110.

RLF1 28494265v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts, and am admitted to practice before the United States District Courts for the District of Massachusetts and the District of Colorado, and the United States Court of Appeals for the First Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case.  I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund* effective September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: January 27, 2023

*/s/ Douglas R. Gooding*
Douglas R. Gooding
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
Facsimile: (617) 248-4000
Email:  dgooding@choate.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.