# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| In re: | Chapter 11 |
| CII PARENT INC., | Case No. 22-11345 (LSS) |
| Debtor.[1] | |

---

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of M. Hampton Foushee of Choate, Hall & Stewart LLP, to represent Frontsteps (f/k/a Community Investors Inc.) in the above-captioned case and in any related adversary proceedings.

Dated: January 27, 2023
      Wilmington, Delaware

                                            */s/ Daniel J. DeFranceschi*
                                            Daniel J. DeFranceschi (No. 2732)
                                            RICHARDS, LAYTON & FINGER, P.A.
                                            One Rodney Square
                                            920 North King Street
                                            Wilmington, Delaware 19801
                                            Telephone: (302) 651-7700
                                            Facsimile: (302) 651-7701
                                            Email: defranceschi@rlf.com

---

[1] The last four digits of Debtor CII Parent, Inc.'s tax identification number are 4706. The location of the Debtor's service address for purposes of this chapter 11 case is 21 Custom House Street, Boston, Massachusetts 02110.

RLF1 28519746v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the Commonwealth of Massachusetts, and the United States District Courts for the Southern District of New York and the District of Massachusetts, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this case. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund* effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: January 27, 2023        */s/ M. Hampton Foushee*
　　　　　　　　　　　　　　　　　M. Hampton Foushee
　　　　　　　　　　　　　　　　　CHOATE, HALL & STEWART LLP
　　　　　　　　　　　　　　　　　Two International Place
　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　Telephone: (617) 248-5000
　　　　　　　　　　　　　　　　　Facsimile: (617) 248-4000
　　　　　　　　　　　　　　　　　Email: hfoushee@choate.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

RLF1 28519746v.1