## **CERTIFICATE OF SERVICE**

I, Kara Hammond Coyle, hereby certify that I am not less than 18 years of age, and that

service of the foregoing *Objection of Twin Brook Capital Partners, LLC, as Agent, to Debtor's*

*Motion for Entry of an Order Enforcing the Automatic Stay and Granting Related Relief* was

caused to be made on January 27, 2023, via electronic mail on counsel listed below.


Dated: January 27, 2023                    */s/ Kara Hammond Coyle*
                                            Kara Hammond Coyle


**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Robert J. Dehney, Esq.
Daniel Butz, Esq.
Brian Loughnane, Esq.
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899
Email:  rdehney@morrisnichols.com
        dbutz@morrisnichols.com
        bloughnane@morrisnichols.com

**OFFICE OF THE UNITED STATES TRUSTEE**
Linda Richenderfer, Esq.
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Email: Linda.Richenderfer@usdoj.gov


**GLENN AGRE BERGMAN & FUENTES LLP**
Andrew K. Glenn, Esq.
Kurt Mayr, Esq.
Shai Schmidt, Esq.
Agustina G. Berro, Esq.
Richard Ramirez, Esq.
Naznen Rahman, Esq.
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Email:   aglenn@glennagre.com
         kmayr@glennagre.com
         sschmidt@glennagre.com
         aberro@glennagre.com
         rramirez@glennagre.com
         nrahman@glennagre.com