## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| | ) | |
| CII PARENT, INC.,[1] | ) | Case No. 22-11345-LSS |
| | ) | |
| Debtor. | ) | Re: Dkt. No. _____ |

**ORDER GRANTING LEAVE TO EXCEED THE PAGE LIMITATION WITH
RESPECT TO THE OBJECTION OF TWIN BROOK CAPITAL PARTNERS, LLC, AS
AGENT, TO DEBTOR'S MOTION FOR ENTRY OF AN ORDER ENFORCING THE
AUTOMATIC STAY AND GRANTING RELATED RELIE**

Upon consideration of the motion (the "Motion to Exceed")[2] of the Agent for the

entry of an order granting the Agent leave to file the Objection in excess of the page limitation

established by Local Rule 7007-2(a)(iv); and this Court having jurisdiction to consider the Motion

to Exceed and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended*

*Standing Order of Reference* from the United States District Court for the District of Delaware,

dated February 29, 2012; and consideration of the Motion to Exceed and the requested relief being

a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court

pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion to Exceed having

been given under the circumstances; and it appearing that no other or further notice need be

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is: CII Parent, Inc. (4706). The location of the Debtor's address is 21 Custom House Street, Boston, MA 02110.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed to them in the Motion to Exceed.

provided; and this Court having determined that just cause exists for the relief granted herein; and

after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion to Exceed is GRANTED as set forth herein.

2.      Pursuant to Local Rule 7007-2(a)(iv), the Agent is granted leave to file the

Objection in excess of the page limitation established by such Local Rule.

3.      This Court shall retain jurisdiction over any and all matters arising from or

related to the interpretation or implementation of this Order.

30075042.1