## CERTIFICATE OF SERVICE

I, Kara Hammond Coyle, hereby certify that I am not less than 18 years of age, and that service of the foregoing *Motion for Entry of an Order Granting Leave to Exceed the Page Limitation with Respect to the Objection of Twin Brook Capital Partners, LLC, as Agent, to Debtor's Motion for Entry of an Order Enforcing the Automatic Stay and Granting Related Relief* was caused to be made on January 27, 2023, via electronic mail on counsel listed below.

Dated: January 27, 2023    /s/ *Kara Hammond Coyle*
Kara Hammond Coyle

| | |
|---|---|
| **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** <br> Robert J. Dehney, Esq. <br> Daniel Butz, Esq. <br> Brian Loughnane, Esq. <br> 1201 North Market Street, 16th Floor <br> P.O. Box 1347 <br> Wilmington, Delaware 19899 <br> Email:  rdehney@morrisnichols.com <br>          dbutz@morrisnichols.com <br>          bloughnane@morrisnichols.com | **OFFICE OF THE UNITED STATES TRUSTEE** <br> Linda Richenderfer, Esq. <br> United States Department of Justice <br> Office of the United States Trustee <br> J. Caleb Boggs Federal Building <br> 844 King Street, Suite 2207, Lockbox 35 <br> Wilmington, DE 19801 <br> Email: Linda.Richenderfer@usdoj.gov |

**GLENN AGRE BERGMAN & FUENTES LLP**
Andrew K. Glenn, Esq.
Kurt Mayr, Esq.
Shai Schmidt, Esq.
Agustina G. Berro, Esq.
Richard Ramirez, Esq.
Naznen Rahman, Esq.
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Email:   aglenn@glennagre.com
            kmayr@glennagre.com
            sschmidt@glennagre.com
            aberro@glennagre.com
            rramirez@glennagre.com
            nrahman@glennagre.com

30075293.1