# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
: 
In re: : Chapter 11
:
CII PARENT INC., : Case No. 22-11345 (LSS)
:
        Debtor.1 :
: **Re: Docket No. 43**
---------------------------------------------------------- x

## CERTIFICATE OF SERVICE

      I hereby certify that on January 27, 2023, I caused copies of the *Response of Community Investors, Inc. and Certain of Its Subsidiaries to Debtor's Motion for Entry of an Order Enforcing the Automatic Stay and Granting Related Relief* [Docket No. 43] to be served on the attached service list in the manner indicated.

                                                       */s/ Matthew P. Milana*
                                                       Matthew P. Milana (No. 6681)

---

1    The last four digits of Debtor CII Parent, Inc.'s tax identification number are 4706. The location of the Debtor's service address for purposes of this chapter 11 case is 21 Custom House Street, Boston, Massachusetts 02110.

RLF1 28534594v.1

**Service List**

**Via CM/ECF & Courtesy Email**

*Proposed Counsel for Debtors*
Robert J. Dehney
Daniel Butz
Brian Loughnane
MORRIS, NICHOLS, ARSHT & TUNNELL LLP
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Email: rdehney@morrisnichols.com
dbutz@morrisnichols.com
bloughnane@morrisnichols.com

*Proposed Counsel for Debtors*
Andrew K. Glenn
Kurt Mayr
Shai Schmidt
Agustina G. Berro
Richard Ramirez (
Naznen Rahman
GLENN AGRE BERGMAN & FUENTES LLP
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Email: aglenn@glennagre.com
kmayr@glennagre.com
sschmidt@glennagre.com
aberro@glennagre.com
rramirez@glennagre.com
nrahman@glennagre.com

*Counsel for Twinbrook Capital Partners, LLC*
Peter P. Knight
Terence G. Banich
Allison E. Yager
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
Email: peter.knight@katten.com
terence.banich@katten.com
allison.yager@katten.com

*Counsel for Twinbrook Capital Partners, LLC*
James P. Hughes, Jr.
Michael R. Nestor
Kara Hammond Coyle
James M. Yoch, Jr
YOUNG CONAWAY STARGATT & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
CM/ECF Noticing: bankfilings@ycst.com
Email: jhughes@ycst.com
mnestor@ycst.com
kcoyle@ycst.com
jyoch@ycst.com

**Via CM/ECF, Courtesy Email & First Class Mail**

Linda Richenderfer, Esq.
United States Department of Justice
OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
Email: Linda.Richenderfer@usdoj.gov