**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CII PARENT, INC., | Case No. 22-11345 (LSS) |
| Debtor.[1] | |

**AGENDA OF MATTERS SCHEDULED FOR HEARING ON**
**FEBRUARY 9, 2023, AT 2:00 P.M. (EASTERN TIME)**

---

**WITH THE PERMISSION OF THE COURT, THIS HEARING HAS BEEN
CANCELLED.**

---

ADJOURNED MATTERS

1.    Debtor's Motion for Entry of an Order Extending the Time to File (A) Schedules of Assets and Liabilities and (B) Statements of Income and Financial Affairs (D.I. 3, filed 1/10/23).

Response Deadline:    January 26, 2023, at 4:00 p.m. (ET)

Responses Received:

a)    Objection of Twin Brook Capital Partners, LLC, as Agent, to Debtor's Motion for Entry of an Order Extending the Time to File (A) Schedules of Assets and Liabilities and (B) Statements of Income and Financial Affairs (D.I. 7, filed 1/13/23).

Related Documents:

a)    Amended Notice of Debtor's Motion for Entry of an Order Extending the Time to File (A) Schedules of Assets and Liabilities and (B) Statements of Income and Financial Affairs (D.I. 6, filed 1/12/23).

Status:  This matter is adjourned to the omnibus hearing currently scheduled for February 22, 2023 at 11:00 a.m. (ET).

---

[1]    The last four digits of Debtor CII Parent, Inc.'s tax identification number are 4706.  The location of the Debtor's service address for purposes of this chapter 11 case is 21 Custom House Street, Boston, Massachusetts 02110.

2.    Debtor's Motion for Entry of an Order Enforcing the Automatic Stay and Granting Related Relief (D.I. 12, filed 1/13/23).

Response Deadline:    January 27, 2023, at 4:00 p.m. (ET)

Responses Received:

a)    Response of Community Investors, Inc. and Certain of Its Subsidiaries to Debtor's Motion for Entry of an Order Enforcing the Automatic Stay and Granting Related Relief (D.I. 44, filed 1/27/23);

b)    Objection of Twin Brook Capital Partners, LLC, as Agent, to Debtor's Motion for Entry of an Order Enforcing the Automatic Stay and Granting Related Relief (D.I. 45, filed 1/27/23).

Related Documents:

a)    Declaration of Thomas Radford in Support of Debtor's Motion for Entry of an Order Enforcing the Automatic Stay and Granting Related Relief (D.I. 13, filed 1/13/23);

b)    Motion for Entry of an Order Granting Leave to Exceed the Page Limitation with Respect to the Objection of Twin Brook Capital Partners, LLC, as Agent, to Debtor's Motion for Entry of an Order Enforcing the Automatic Stay and Granting Related Relief (D.I. 46, filed 1/27/23).

Status:  This matter is adjourned to the omnibus hearing currently scheduled for February 22, 2023 at 11:00 a.m. (ET).

3.    Motion of Twin Brook Capital Partners, LLC, as Agent, for an Order Dismissing or Abstaining from Hearing the Debtor's Chapter 11 Case (D.I. 30, filed 1/20/23).

Response Deadline:    February 3, 2023, at 4:00 p.m. (ET); extended for the Debtor to February 8, 2023 by agreement among the Debtor and Twin Brook Capital Partners, LLC.

Responses Received:  None at this time.

Related Documents:

a)    Motion of Twin Brook Capital Partners, LLC, as Agent, for Entry of an Order (I) Scheduling a Status Conference; and (II) Shortening the Notice Period for Motion of Twin Brook Capital Partners, LLC, as Agent, for an Order Dismissing or Abstaining from Hearing the Debtor's Chapter 11 Case (D.I. 31, filed 1/20/23).

Status:  This matter is adjourned to the omnibus hearing currently scheduled for February 22, 2023 at 11:00 a.m. (ET).

Dated: February 7, 2023
      Wilmington, Delaware

*/s/ Brian Loughnane*
Robert J. Dehney (No. 3578)
Daniel Butz (No. 4227)
Brian Loughnane (No. 6853)
**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
1201 North Market Street, 16th Floor
P.O. Box 1347
Wilmington, Delaware 19899-1347
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: rdehney@morrisnichols.com
      dbutz@morrisnichols.com
      bloughnane@morrisnichols.com

- and -

Andrew K. Glenn (admitted *pro hac vice*)
Kurt Mayr (admitted *pro hac vice*)
Shai Schmidt (admitted *pro hac vice*)
Agustina G. Berro (admitted *pro hac vice*)
Richard Ramirez (admitted *pro hac vice*)
Naznen Rahman (admitted *pro hac vice*)
**GLENN AGRE BERGMAN & FUENTES LLP**
1185 Avenue of the Americas
22nd Floor
New York, New York 10036
Telephone: (212) 970-1600
Email: aglenn@glennagre.com
      kmayr@glennagre.com
      sschmidt@glennagre.com
      aberro@glennagre.com
      rramirez@glennagre.com
      nrahman@glennagre.com

*Proposed Counsel to the Debtor and Debtor in Possession*