## CERTIFICATE OF SERVICE

    I, Brian Loughnane, hereby certify that I am not less than 18 years of age, and that service of the foregoing was caused to be made on February 7, 2023, in the manner indicated on counsel below.

Date: February 7, 2023

                                                                  */s/ Brian Loughnane*
                                                                  Brian Loughnane (No. 6853)

*VIA EMAIL*

**KATTEN MUNCHIN ROSENMAN LLP**
Peter P. Knight
Terence G. Banich
Allison E. Yager
525 W. Monroe Street
Chicago, IL 60661-3693
T: 312-902-5200
F: 312-902-1061
Email: Peter.Knight@katten.com
        Terence.Banich@katten.com
        Allison.Yager@katten.com

**OFFICE OF THE UNITED STATES TRUSTEE**
Linda Richenderfer, Esq.
United States Department of Justice
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE 19801
T: 302-573-6491
F: 302-573-6497
Linda.Richenderfer@usdoj.gov

**YOUNG CONAWAY STARGATT & TAYLOR LLP**
James P. Hughes
Michael R. Nestor
Kara Hammond Coyle
James M. Yoch
1000 North King Street
Wilmington, DE 19801
T: 302-571-6600
Email: jhughes@ycst.com
        mnestor@ycst.com
        kcoyle@ycst.com
        jhughes@ycst.com

**CHOATE, HALL & STEWART LLP**
Douglas R. Gooding
John F. Ventola
M. Hampton Foushee
Two International Place
Boston, MA 02110
T: 617-248-5000
F: 617-248-4000
Email: dgooding@choate.com
        jventola@choate.com
        hfoushee@choate.com

**RICHARDS, LAYTON & FINGER, P.A.**
Daniel J. DeFranceschi
John H. Knight
Matthew P. Milana
One Rodney Square
920 North King Street
Wilmington, DE 19801
T: 302-651-7700
F: 302-651-7701
Email: defraneschi@rlf.com
　　　　knight@rlf.com
　　　　milana@rlf.com