**Fill in this information to identify the case:**

Debtor name __CII Parent, Inc.__ _____

United States Bankruptcy Court for the: _____ District of __Delaware__
                                                                                    (State)

Case number (If known): __22-11345-LSS__

☐ Check if this is an
amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:  Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..............................................................    $ 0

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................    $ 59,179,315

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................    $ 59,179,315

---

### Part 2:  Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*............................    $ 73,971,746.43

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* .....................................    $ 0

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................    **+** $ Undetermined

4. **Total liabilities**..................................................................................................    $ Undetermined
   Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name _CII Parent, Inc._

United States Bankruptcy Court for the: _____ District of _Delaware_
(State)

Case number (If known): _22-11345-LSS_

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   - ☑ No. Go to Part 2.
   - ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. N/A | | ___ ___ ___ ___ | $ 0 |
| 3.2. N/A | | ___ ___ ___ ___ | $ 0 |

4. **Other cash equivalents** *(Identify all)*
   - 4.1. N/A — $ 0
   - 4.2. N/A — $ 0

5. **Total of Part 1** — $ 0
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   - ☑ No. Go to Part 3.
   - ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit
   - 7.1. N/A — $ 0
   - 7.2. N/A — $ 0

| Debtor | CII Parent, Inc. | Case number *(if known)* 22-11345-LSS |
|---|---|---|
| | Name | |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1. N/A _____ $ 0 _____

8.2. N/A _____ $ 0 _____

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 0 _____

---

**Part 3:    Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

Current value of debtor's interest

**11. Accounts receivable**

11a. 90 days old or less:  _____  –  _____  = ........ ➔    $ 0 _____
 face amount   doubtful or uncollectible accounts

11b. Over 90 days old:  _____  –  _____  = ........ ➔    $ 0 _____
 face amount   doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 0 _____

---

**Part 4:    Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. N/A _____  _____  $ 0 _____

14.2. N/A _____  _____  $ 0 _____

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                        % of ownership:

15.1. Community Investors, Inc. _____  100 %  _____  $ Undetermined _____

15.2. _____  _____ %  _____  $ _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. N/A _____  _____  $ 0 _____

16.2. N/A _____  _____  $ 0 _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ Undetermined _____

---

Debtor     CII Parent, Inc.
_____
           Name

Case number *(if known)* 22-11345-LSS
_____

| **Part 5:** | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** _____ | _____ MM / DD / YYYY | $_____ | _____ | $ 0 |
| 20. **Work in progress** _____ | _____ MM / DD / YYYY | $_____ | _____ | $ 0 |
| 21. **Finished goods, including goods held for resale** _____ | _____ MM / DD / YYYY | $_____ | _____ | $ 0 |
| 22. **Other inventory or supplies** _____ | _____ MM / DD / YYYY | $_____ | _____ | $ 0 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 0

24. **Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____  Valuation method_____  Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** _____ | $_____ | _____ | $ 0 |
| 29. **Farm animals** *Examples*: Livestock, poultry, farm-raised fish _____ | $_____ | _____ | $ 0 |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) _____ | $_____ | _____ | $ 0 |
| 31. **Farm and fishing supplies, chemicals, and feed** _____ | $_____ | _____ | $ 0 |
| 32. **Other farming and fishing-related property not already listed in Part 6** _____ | $_____ | | $ 0 |

| Debtor | CII Parent, Inc. | | Case number *(if known)* 22-11345-LSS |
|---|---|---|---|
| | Name | | |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$0

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $_____ | _____ | $0 |
| **40. Office fixtures** | $_____ | _____ | $0 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $0 |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $0 |
| 42.2 _____ | $_____ | _____ | $0 |
| 42.3 _____ | $_____ | _____ | $0 |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$0

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor   CII Parent, Inc.
         _____
         Name

Case number *(if known)* 22-11345-LSS

---

## Part 8:  Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☑ No. Go to Part 9.

   ☐ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

47.1 _____ $_____ _____ $ 0
47.2 _____ $_____ _____ $ 0
47.3 _____ $_____ _____ $ 0
47.4 _____ $_____ _____ $ 0

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

48.1 _____ $_____ _____ $ 0
48.2 _____ $_____ _____ $ 0

49. **Aircraft and accessories**

49.1 _____ $_____ _____ $ 0
49.2 _____ $_____ _____ $ 0

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____ $_____ _____ $ 0

51. **Total of Part 8.**
   Add lines 47 through 50. Copy the total to line 87.

   $ 0

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ☑ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

| Debtor | CII Parent, Inc. | Case number (if known) | 22-11345-LSS |
|---|---|---|---|
| | Name | | |

## Part 9: Real property

54. **Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 0

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 10: Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**
☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>As of December 31, 2021 (Book Value) | $ 35,608,530 | Book Value | $ 35,608,530 |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$ 35,608,530

| Debtor | CII Parent, Inc. | Case number *(if known)* | 22-11345-LSS |
|---|---|---|---|
| | Name | | |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 11:** | **All other assets** |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

71. **Notes receivable**

Description (include name of obligor)

N/A _____ − _____ = ➜ $ 0

Total face amount / doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Net Operating Losses        Tax year 2021    $ 23,570,785

_____    Tax year _____  $ _____

_____    Tax year _____  $ _____

73. **Interests in insurance policies or annuities**

See Attachment        $ Undetermined

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

N/A        $ 0

Nature of claim    _____

Amount requested   $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

N/A        $ 0

Nature of claim    _____

Amount requested   $ _____

76. **Trusts, equitable or future interests in property**

N/A        $ 0

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

N/A        $ 0

        $ 0

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.        $ 23,570,785

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

Debtor    CII Parent, Inc.
_____
          Name

Case number *(if known)* 22-11345-LSS
_____

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 0 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 0 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0 | |
| 88. **Real property.** *Copy line 56, Part 9.* ....................➔ | | $ 0 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 35,608,530 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 23,570,785 | |
| 91. **Total.** Add lines 80 through 90 for each column..............91a. | $ 59,179,315 | + 91b. $ 0 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .......................................   $ 59,179,315

**SOAL – Schedules A/B, Question 73**
Interests in Insurance Policies or Annuities

- Greater Northern Insurance Company – Commercial General Liability 36054529WCE
- Greater Northern Insurance Company – Federal Insurance Company – Automobile Liability 73605397
- Federal Insurance Company – Umbrella Liability 78188921

**Fill in this information to identify the case:**

Debtor name  CII Parent, Inc.

United States Bankruptcy Court for the: _____ District of Delaware
(State)

Case number (If known): 22-11345-LSS

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| Twin Brook Capital Partners, LLC | Equity Interest in Community Investors, Inc. | $ 73,971,746.43 | $ Undetermined |

Creditor's mailing address

111 South Wacker Drive, 36th Floor, Chicago, Illinois 60606

**Describe the lien**
Senior Secured Credit Facility

Creditor's email address, if known

dguyette@twincp.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Date debt was incurred    May 15, 2019

Last 4 digits of account number    1  8  8  2

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| | | $_____ | $_____ |

Creditor's mailing address

_____
_____

**Describe the lien**
_____

Creditor's email address, if known

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Date debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

| Debtor | CII Parent, Inc. | Case number (if known) 22-11345-LSS |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2._** Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
- [ ] No
- [ ] Yes. Have you already specified the relative priority?
   - [ ] No. Specify each creditor, including this creditor, and its relative priority.
   - [ ] Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

$_____     $_____

Describe the lien

Is the creditor an insider or related party?
- [ ] No
- [ ] Yes

Is anyone else liable on this claim?
- [ ] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**2._** Creditor's name

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Do multiple creditors have an interest in the same property?
- [ ] No
- [ ] Yes. Have you already specified the relative priority?
   - [ ] No. Specify each creditor, including this creditor, and its relative priority.
   - [ ] Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien

$_____     $_____

Describe the lien

Is the creditor an insider or related party?
- [ ] No
- [ ] Yes

Is anyone else liable on this claim?
- [ ] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| Debtor | CII Parent, Inc. | Case number *(if known)* | 22-11345-LSS |
|---|---|---|---|
| | Name | | |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| See Attachment | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |
| | Line 2. __ | ___ ___ ___ ___ |

**SOAL – Schedule D, Part 2 – Additional Notice Parties**

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of the account number for this entity |
|---|---|---|
| Jenner & Block LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 891-1600<br>Facsimile: (212) 891-1699<br>Brian J. Fischer – Bfischer@Jenner.com<br>Jacob D. Alderice – Jalderice@Jenner.com<br>Sara E. Cervantes – Scervantes@Jenner.com | 2.1 | N/A |
| CII Intermediate, Inc.<br>1290 N Broadway,<br>Suite 1250<br>Denver, CO 80203 | 2.1 | N/A |
| Community Investors, Inc. dba Frontsteps<br>1290 N Broadway,<br>Suite 1400<br>Denver, CO 80203<br>Attention: Brian Burke<br>Email: bburke@frontsteps.com | 2.1 | N/A |
| Investors Acquisition Co.<br>1290 N Broadway,<br>Suite 1250<br>Denver, CO 80203 | 2.1 | N/A |
| AssociationVoice, LLC<br>1290 N Broadway,<br>Suite 1400<br>Denver, CO 80203 | 2.1 | N/A |
| CapSure Acquisition Co.<br>1290 N Broadway,<br>Suite 1250<br>Denver, CO 80203 | 2.1 | N/A |
| Real Pro Holdings,<br>1290 N Broadway,<br>Suite 1250<br>Denver, CO 80203 | 2.1 | N/A |
| dwellingLIVE, Inc.<br>1290 N Broadway,<br>Suite 1250<br>Denver, CO 80203 | 2.1 | N/A |
| | | |

| | | |
|---|---|---|
| iHomefinder Inc.<br>1290 N Broadway,<br>Suite 1250<br>Denver, CO 80203 | 2.1 | N/A |
| Evercondo Holdings, ULC<br>1 Yonge Street<br>Suite 1801<br>Toronto, Canada<br>M5E 1W7 | 2.1 | N/A |
| Caliber Software, Inc.<br>1314 N Recker Rd<br>Mesa, AZ 85205 | 2.1 | N/A |
| AtHomeNet, Inc.<br>3550 Corporate Way Suite C<br>Duluth, GA 30005 | 2.1 | N/A |
| 0947893 B.C. Unlimited Liability Company<br>1 Yonge Street<br>Suite 1801<br>Toronto, Canada<br>M5E 1W7 | 2.1 | N/A |
| Everapps, Inc<br>1 Yonge Street<br>Suite 1801<br>Toronto, Canada<br>M5E 1W7 | 2.1 | N/A |
| AssociationReady, LLC<br>1134 Satellite Blvd.,<br>Suite 300A,<br>Suwanee, GA 30024 | 2.1 | N/A |
| Twin Brook Capital Partners, LLC, as Agent<br>111 South Wacker Drive, 36th Floor<br>Chicago, Illinois 60606<br>Attention: FrontSteps Account Manager<br>Phone: 312-763-5100<br>Facsimile: 866-550-3542<br>Email: loanoperations@twincp.com<br><br>With a Copy to:<br>Katten Muchin Rosenman LLP<br>525 West Monroe Street<br>Chicago, Illinois 60661<br>Attention: Dan Entsminger, Esq.<br>Phone: (312) 902-5631<br>Facsimile: (312) 902-1061<br>Email: dan.entsminger@kattenlaw.com | 2.1 | N/A |

| | | |
|---|---|---|
| Onex Falcon<br>600 Lexington Avenue, 20th Floor<br>New York, NY 10022<br>Attention: Andrew Wu<br>Email: awu@falconinvestments.com | 2.1 | N/A |
| Willkie Farr & Gallagher LLP<br>787 Seventh Avenue<br>New York, NY 10019<br>Attention:<br>Matthew J. Rizzo, Eric S. Halperin and Jason Pearl<br>Email: mrizzo@willkie.com, EHalperin@willkie.com and jpearl@willkie.com | 2.1 | N/A |

**Fill in this information to identify the case:**

Debtor _____CII Parent, Inc._____

United States Bankruptcy Court for the: _____ District of __Delaware__
                                                                          (State)

Case number ___22-11345-LSS_____
(If known)

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B*)* and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| **Part 1:** | **List All Creditors with PRIORITY Unsecured Claims** |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
| --- | --- | --- | --- |

**2.1** | **Priority creditor's name and mailing address**
_____
_____
_____

As of the petition filing date, the claim is:  $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
_____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** | **Priority creditor's name and mailing address**
_____
_____
_____

As of the petition filing date, the claim is:  $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
_____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** | **Priority creditor's name and mailing address**
_____
_____
_____

As of the petition filing date, the claim is:  $ _____   $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

Basis for the claim:
_____

**Last 4 digits of account number** ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| **Part 1.** | **Additional Page** | | |
|---|---|---|---|

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | **Total claim** | **Priority amount** |
|---|---|---|

**2.___**    **Priority creditor's name and mailing address**

$_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
_____
_____

**Date or dates debt was incurred**

**Basis for the claim:**

_____

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.___**    **Priority creditor's name and mailing address**

$_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
_____
_____

**Date or dates debt was incurred**

**Basis for the claim:**

_____

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.___**    **Priority creditor's name and mailing address**

$_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
_____
_____

**Date or dates debt was incurred**

**Basis for the claim:**

_____

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

---

**2.___**    **Priority creditor's name and mailing address**

$_____    $_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
_____
_____

**Date or dates debt was incurred**

**Basis for the claim:**

_____

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | CII Parent, Inc. | Case number (if known) 22-11345-LSS |
|---|---|---|
| | Name | |

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

**3.1**

**Nonpriority creditor's name and mailing address**
Cahill Gordon & Reindel LLP

32 Old Slip
New York, NY 10005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Legal Services

**Date or dates debt was incurred** Unavailable

**Last 4 digits of account number** N/A _ _ _

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.2**

**Nonpriority creditor's name and mailing address**
Chubb Group Holdings, Inc.

c/o The Corporation Trust Company
1209 Orange Street, Wilmington, DE 19801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Insurance

**Date or dates debt was incurred** Unavailable

**Last 4 digits of account number** N/A _ _ _

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.3**

**Nonpriority creditor's name and mailing address**
CT Corporation

PO Box 4349
Carol Stream, IL 60197-4349

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Vendor

**Date or dates debt was incurred** Unavailable

**Last 4 digits of account number** N/A _ _ _

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.4**

**Nonpriority creditor's name and mailing address**
Onex Falcon

600 Lexington Avenue, 20th Floor
New York, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Professional Services

**Date or dates debt was incurred** Unavailable

**Last 4 digits of account number** N/A _ _ _

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.5**

**Nonpriority creditor's name and mailing address**
RSM US LLP

555 17th Street, Suite 1200
Denver, CO 80202-3910

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Tax and Audit Services

**Date or dates debt was incurred** Unavailable

**Last 4 digits of account number** N/A _ _ _

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.6**

**Nonpriority creditor's name and mailing address**
_____

_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _ _ _ _

**Is the claim subject to offset?**
☐ No
☐ Yes

$ _____

Debtor    CII Parent, Inc.
_____
Name

Case number (if known) 22-11345-LSS
_____

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

3.___ **Nonpriority creditor's name and mailing address**
_____
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

3.___ **Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

3.___ **Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

3.___ **Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

---

3.___ **Nonpriority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

Debtor    CII Parent, Inc.
_____
        Name                                              Case number (if known) 22-11345-LSS

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4.  **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____  ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line ____  ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line ____  ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____  ❑ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line ____  ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____  ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____  ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____  ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____  ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____  ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____  ❑ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____  ❑ Not listed. Explain _____ | __ __ __ __ |

Debtor    CII Parent, Inc.                                          Case number *(if known)* 22-11345-LSS
         Name

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---------|-------------------------------------------------------------------|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |
| 4.__ _____ _____ _____ | Line ____ ☐ Not listed. Explain _____ _____ | __ __ __ __ |

Debtor    CII Parent, Inc.                                                          Case number (if known) 22-11345-LSS
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|-------------------------------------------------------------------|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 0 |
| 5b. **Total claims from Part 2** | 5b. + | $ Undetermined |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ Undetermined |

**Fill in this information to identify the case:**

Debtor name __CII Parent, Inc.__

United States Bankruptcy Court for the: _____ District of __Delaware__
                                                                    (State)

Case number (If known): __22-11345-LSS__          Chapter __11__

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor _____     Case number *(if known)*_____
                    Name

### ■ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2._** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**2._** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Fill in this information to identify the case:**

Debtor name __CII Parent, Inc.__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (If known): __22-11345-LSS__

☐ Check if this is an amended filing

## Official Form 206H

# Schedule H: Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.** **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 Community Investors,Inc. | 1290 N Broadway, Suite 1400 <br> Street <br><br> Denver    CO    80203 <br> City    State    ZIP Code | Twin Brook Capital Partners, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 Investors Acquisition Co. | 1290 N Broadway, Suite 1250 <br> Street <br><br> Denver    CO    80203 <br> City    State    ZIP Code | Twin Brook Capital Partners, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 AssociationVoice, LLC | 1290 N Broadway, Suite 1400 <br> Street <br><br> Denver    CO    80203 <br> City    State    ZIP Code | Twin Brook Capital Partners, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.4 CapSure Acquisition Co. | 1290 N Broadway, Suite 1250 <br> Street <br><br> Denver    CO    80203 <br> City    State    ZIP Code | Twin Brook Capital Partners, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.5 Real Pro Holdings, Inc. | 1290 N Broadway, Suite 1250 <br> Street <br><br> Denver    CO    80203 <br> City    State    ZIP Code | Twin Brook Capital Partners, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.6 dwellingLIVE, Inc. | 1290 N Broadway, Suite 1250 <br> Street <br><br> Denver    CO    80203 <br> City    State    ZIP Code | Twin Brook Capital Partners, LLC | ☑ D <br> ☐ E/F <br> ☐ G |

| Debtor | CII Parent, Inc. | Case number *(if known)* | 22-11345-LSS |
|--------|------------------|--------------------------|--------------|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.__ iHomefinder, Inc. | 1290 N Broadway, Suite 1250 <br> Street <br> Denver    CO    80203 <br> City    State    ZIP Code | Twin Brook Capital Partners, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.__ Caliber Software, Inc. | 1314 N Recker Rd. <br> Street <br> Mesa    AZ    85205 <br> City    State    ZIP Code | Twin Brook Capital Partners, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.__ AtHomeNet, Inc. | 3550 Corporate Way, Suite C <br> Street <br> Duluth    GA    30005 <br> City    State    ZIP Code | Twin Brook Capital  Partners, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.__ Falcon Structured Equity Partners, L.P. | 21 Custom House Street, 10th Floor <br> Street <br> Boston    MA    02110 <br> City    State    ZIP Code | Twin Brook Capital  Partners, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.__ | Street <br><br> City    State    ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ | Street <br><br> City    State    ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ | Street <br><br> City    State    ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.__ | Street <br><br> City    State    ZIP Code | | ☐ D <br> ☐ E/F <br> ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name __CII Parent, Inc.__

United States Bankruptcy Court for the: _____ District of __Delaware__
(State)

Case number (*If known*): __22-11345-LSS__

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __02 / 08 / 2023__          ✗ __/s/ Thomas Radford__
MM / DD / YYYY          Signature of individual signing on behalf of debtor

__Thomas Radford__
Printed name

__President__
Position or relationship to debtor